UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14041-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NEDRIC JOSHUA ADGER**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 19]. On September 26, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a plea agreement [ECF No. 16] and a written stipulation of facts and acknowledgment of offense elements in support of guilty plea [ECF No. 17]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 1]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-14041-CR-CANNON

2. The guilty plea entered by Defendant Nedric Joshua Adger as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant Nedric Joshua Adger is adjudicated guilty of the sole count of the Indictment, which charges him with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of October 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record